**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **vs.** | : **CRIMINAL NO.:  26-00092-KD-MU** |
| **JOHN CARLTON SWEATT** | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. stop) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One and Three of the Indictment, Conspiracy to Commit Bank Fraud and Aggravated Identity Theft, is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **January 8, 2027, at 10:00 a.m.**

**DONE and ORDERED** this **11th day** of **August 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**